UNITED STATES of America,
Plaintiff-Appellee,

v.

Hollis CLARK, Defendant-Appellant.

No. 79–5102.

United States Court of Appeals,
Fifth Circuit.

Nov. 29, 1979.

Thomas C. Bianco, Atlanta, Ga., for defendant-appellant.

Craig A. Gillen, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

Before BROWN, Chief Judge, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, CHARLES CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE, KRAVITCH, FRANK M. JOHNSON, JR., GARZA, HENDERSON, REAVLEY, POLITZ, HATCHETT, ANDERSON, RANDALL, TATE, SAM D. JOHNSON and THOMAS A. CLARK, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc at 598 F.2d 994 and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.